```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
Luisa Santos,                   :
                                :
               Plaintiff,       :     09 Civ. 04239
                                :
     - against -                :
                                :     ORDER
Michael J. Astrue,              :
Commissioner of Social          :
Security,                       :
                                :
               Defendant.       :
-------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09

**VICTOR MARRERO, United States District Judge.**

The Court notes that defendant filed an answer to the complaint on September 11, 2009. It is hereby

**ORDERED** that the defendant's motion for judgment on the pleadings shall be filed by no later than November 9, 2009; and it is further

**ORDERED** that the plaintiff's response and cross motion shall be filed by no later than December 7, 2009; and it is further

**ORDERED** that the defendant's response and reply, if any, shall be filed by no later than December 16, 2009; and it is further

**ORDERED** that the plaintiff's reply, if any, shall be filed by no later than December 23, 2009.

**SO ORDERED.**

Dated:   New York, New York
         22 September 2009

VICTOR MARRERO
U.S.D.J.